IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASHEES COOPER, | ) | |
| on behalf of plaintiff and the class defined below, | ) ) ) | 13-cv-8395 |
| Plaintiff, | ) ) | Honorable Milton I. Shadur |
| | ) | Magistrate Judge Michael T. Mason |
| vs. | ) ) | |
| I.C. SYSTEM, INC., | ) ) | |
| Defendant. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff hereby informs the Court that the parties have reached a settlement in principle, but require additional time to memorialize the settlement in writing. Plaintiff, once the settlement is finalized, intends to file a Notice of Dismissal shortly thereafter.

          Respectfully Submitted,

          s/Francis R. Greene
          Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Francis R. Greene, hereby certify that on January 15, 2014, I caused to be filed the forgoing documents with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Clifford E. Yuknis
cyuknis@hinshawlaw.com

                                                  s/Francis R. Greene
                                                  Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)