# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ashees Cooper

                Plaintiff,

v.                                         Case No.: 1:13–cv–08395
                                                Honorable Milton I. Shadur

I.C. System, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2014:

        MINUTE entry before the Honorable Milton I. Shadur: Pursuant to the parties' notice of settlement, status hearing set for 1/17/2014 is stricken and reset to 2/18/2014 at 9:00 A.M. If dismissal documents are filed on or before 2/18/2014, no appearance is necessary. Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.