**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ASHEES COOPER, | ) | |
| on behalf of plaintiff and the class defined | ) | |
| below, | ) | 13-cv-8395 |
| | ) | |
| Plaintiff, | ) | Honorable Milton I. Shadur |
| | ) | Magistrate Judge Michael T. Mason |
| vs. | ) | |
| | ) | |
| I.C. SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Ashees Cooper hereby dismisses her

individual claims against Defendant I.C. System, Inc. without prejudice and the claims of the

putative class members without prejudice, with each party to bear its own costs. On February 21,

2014, the dismissal of Plaintiff's individual claims shall become with prejudice absent a motion

to reinstate the case.

Respectfully submitted,


s/Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on February 14, 2014, I caused to be filed the forgoing document with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Clifford E. Yuknis
cyuknis@hinshawlaw.com

s/Francis R. Greene
Francis R. Greene
