# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ASHEES COOPER, | ) | |
| on behalf of plaintiff and the class defined below, | ) ) | 13-cv-8395 |
| | ) | |
| Plaintiff, | ) | Honorable Milton I. Shadur |
| | ) | Magistrate Judge Michael T. Mason |
| vs. | ) | |
| | ) | |
| I.C. SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:** Please see certificate of service.

    **PLEASE TAKE NOTICE** that on February 14, 2014, I caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, the following document: **NOTICE OF DISMISSAL**, a copy of which has been filed electronically and served upon you.

                                                                                 s/Francis R. Greene
                                                                                   Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Francis R. Greene, hereby certify that on February 14, 2014, I caused to be filed the forgoing document with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Clifford E. Yuknis
cyuknis@hinshawlaw.com

                                                 s/Francis R. Greene
                                                 Francis R. Greene


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)