# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Ashees Cooper

                        Plaintiff,

v.                                                   Case No.: 1:13−cv−08395
                                                            Honorable Milton I. Shadur

I.C. System, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: Status hearing held on 2/18/14. Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Ashees Cooper hereby dismisses her individual claims against Defendant I.C. System, Inc. without prejudice and the claims of the putative class members without prejudice, with each party to bear its own costs. On February 21, 2014, the dismissal of Plaintiffs individual claims shall become with prejudice absent a motion to reinstate the case. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.